**FILED**
JAN 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR80-L |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| LAKISHA KINLAW-CAPRI, | |
| Defendant. | |

The United States Attorney charges:

On or about December 15, 2007, within the Southern District of California, defendant LAKISHA KINLAW-CAPRI, did knowingly and intentionally import 36.34 kilograms (79.94 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/14/08

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:Imperial
12/26/07