FILED

08 MAR -4 PM 1:42

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  08CR0080-L |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| LAKISHA KINLAW-CAPRI, ) | |
| Defendants. ) | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the sentencing hearing in the above-captioned case be continued from **April 21, 2008 at 8:30AM** to **June 16, 2008 at 8:30AM**.

SO ORDERED.

DATE: MARCH 3, 2008

_____
HON. M. JAMES LORENZ